UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTERIK BANKS, | |
| Petitioner, | CIVIL ACTION NO. 1:24-cv-00108 |
| v. | (SAPORITO, J.) |
| WARDEN OF MONROE COUNTY CORRECTIONAL FACILITY, et al., | |
| Respondents. | |

## ORDER

**AND NOW**, this 23rd day of September, 2025, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for *habeas corpus* (Doc. 1) is **DENIED**.

2. The petitioner's "Motion for Immediate Release and Expedited Resolution" (Doc. 23) is **DENIED** as moot.

3. A certificate of appealability shall not issue.

4. The Clerk is **DIRECTED** to close this case.

Dated: September 23, 2025

s/Joseph F. Saporito, Jr.
JOSEPH F. SAPORITO, JR.
United States District Judge